UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTINE SULLIVAN-MESTECKY, INDIVIDUALLY, AND AS THE BENEFICIARY OF THE LIFE INSURANCE POLICY OF KATHLEEN SULLIVAN, DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, WELLS FARGO BANK, XEROX COMPANY AND AON HEWITT COMPANY,<br><br>Defendants. | Civil Action No. 2:14-cv-01835<br>(JFB) (GRB)<br><br><br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

Please enter the appearance of Jessica L. Berenbroick as attorney of record for the Defendant The Prudential Insurance Company of America in the above-referenced action. Service of all papers should be addressed as follows:

> Jessica L. Berenbroick, Esq.
> **NUKK-FREEMAN & CERRA, P.C.**
> 26 Main Street, Suite 301
> Chatham, NJ  07078
> Telephone (973) 665-9100
> Fax (973) 665-9101
> jberenbroick@nfclegal.com
>
>   *s/Jessica L. Berenbroick*
>      Jessica L. Berenbroick

Dated:  April 1, 2014