IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------

KRISTINE SULLIVAN-MESTECKY,
Individually, and as the beneficiary of the life
insurance policy of KATHLEEN SULLIVAN,
Deceased,

                               Plaintiff,

           v.

VERIZON COMMUNICATIONS INC., THE
PRUDENTIAL INSURANCE COMPANY OF
AMERICA, WELLS FARGO BANK, XEROX
COMPANY, AND AON HEWITT COMPANY,

                             Defendants.

---------------------------------------------------------------

Civil Action No.
1:14-cv-01835 (JFB)(GRB)


**NOTICE OF MOTION TO ADMIT
COUNSEL PRO HAC VICE**


TO:    Christopher Mestecky
       Guercio  Guercio
       77 Conklin Street
       Farmingdale, NY 11753
       (516) 694-3000
       *Attorneys for Plaintiff*

     **PLEASE TAKE NOTICE** that, upon the annexed affidavit of movant in support of this

motion and the Certificate of Good Standing annexed thereto, we will move this Court pursuant

to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and

Eastern Districts of New York for an Order allowing the admission of movant, a member of the

firm of Duane Morris LLP and a member in good standing of the Bar of the State of

Pennsylvania, as an attorney pro hac vice to argue or try this case in whole or in part as counsel

for defendants Verizon Communications, Inc. and Wells Fargo Bank.  There are no pending

disciplinary proceedings against me in any State or Federal court.

Dated: New York, New York
      April 25, 2014

**DUANE MORRIS LLP**

By:      /s/ James P. Hollihan

      James P. Hollihan, Esq.
      600 Grant Street, 50th Floor
      Pittsburgh, PA 15219
      (412) 497-1040

      *Attorneys for Defendants,*
      Verizon Communications, Inc. and
      Wells Fargo Bank

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------

KRISTINE SULLIVAN-MESTECKY,                    )    Civil Action No.
Individually, and as the beneficiary of the life    )    1:14-cv-01835 (JFB)(GRB)
insurance policy of KATHLEEN SULLIVAN,       )
Deceased,                                      )
                                               )
                    Plaintiff,                 )
                                               )    **ADMISSION TO PRACTICE**
            v.                                 )    **PRO HAC VICE ORDER**
                                               )
VERIZON COMMUNICATIONS INC., THE              )
PRUDENTIAL INSURANCE COMPANY OF               )
AMERICA, WELLS FARGO BANK, XEROX              )
COMPANY, AND AON HEWITT COMPANY,              )
                                               )
                    Defendant.                 )
-------------------------------------------------------------------

The motion for admission to practice pro hac vice in the above-captioned action is

granted.  The admitted attorney is permitted to argue or try this particular case in whole or in part

as counsel for defendants Verizon Communications, Inc. and Wells Fargo Bank.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and

confirms your appearance as counsel in this case.  A notation of your admission pro hac vice in

the above-listed case will be made on the roll call of attorneys.

Dated: New York, New York
       April 25, 2014


_____
                    United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

KRISTINE SULLIVAN-MESTECKY, )
　　　　　　　　　　　　　　　　　）
　　　　　　Plaintiffs,　　　　　　　） 　Case No. 1:14-cv-01835
　　　　　　　　　　　　　　　　　）
　　　　v.　　　　　　　　　　　　　） 　Honorable Joseph F. Bianco
　　　　　　　　　　　　　　　　　）
VERIZON COMMUNICATIONS INC., )
et al., 　　　　　　　　　　　　　　　）
　　　　　　Defendant. 　　　　　　　）
　　　　　　　　　　　　　　　　　）

## AFFIDAVIT OF JAMES P. HOLLIHAN, ESQUIRE IN
## SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

COMMONWEALTH OF PENNSYLVANIA 　）
　　　　　　　　　　　　　　　　　　　　　　　） 　SS:
COUNTY OF ALLEGHENY 　　　　　　　）

　　　　　　I, James P. Hollihan, being duly sworn according to law, depose and state as follows:

　　　　　　1.　　　　I am a partner in the law firm of Duane Morris LLP, which has been retained by Defendants Verizon Communications Inc. and Wells Fargo Bank to defend the claims asserted in this action. My business address is 600 Grant Street, Suite 5010, Pittsburgh, Pennsylvania 15219.

　　　　　　2.　　　　I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

　　　　　　3.　　　　As shown in the Certificate of Good Standing annexed hereto, I was admitted to the bar of the Supreme Court of Pennsylvania in December, 1980, and am currently a member in good standing of that bar.

4.     In addition to my membership in the bar of the Supreme Court of Pennsylvania, I am also admitted to the bars of the United States Supreme Court; the United States Courts of Appeals for the Third, Fourth, Sixth and D.C. Circuits; and the United States District Courts for the Eastern, Western and Middle Districts of Pennsylvania and the Eastern and Western Districts of Michigan.

5.     There are no pending disciplinary proceedings against me in any State or federal court, and I have not been denied admission or disciplined by this Court or any other court.

6.     Wherefore your affiant respectfully requests that he be permitted to appear as counsel and advocate pro hac vice in this one case for Defendants Verizon Communications Inc. and Wells Fargo Bank.

James P. Hollihan, Esq.
Duane Morris LLP
600 Grant Street, 50th Floor
Pittsburgh, PA 15219
jphollihan@duanemorris.com
(412) 497-1040

SWORN TO AND SUBSCRIBED TO
before me this 24th day of April, 2014

Notary Public
My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DAWN M HINES
Notary Public
CITY OF PITTSBURGH, ALLEGHENY COUNTY
My Commission Expires Apr 1, 2018

2



$\mathfrak{Supreme}$ $\mathfrak{Court}$ $\mathfrak{of}$ $\mathfrak{Pennsylvania}$

## CERTIFICATE OF GOOD STANDING

### *James P. Hollihan, Esq.*

**DATE OF ADMISSION**

*December 17, 1980*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  April 17, 2014**

Patricia A. Nicola
Chief Clerk