# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTINE SULLIVAN-MESTECKY, Individually, and as the beneficiary of the life insurance policy of KATHLEEN SULLIVAN, Deceased,<br><br>    *Plaintiff*,<br><br>    vs.<br><br>VERIZON COMMUNICATIONS, INC., THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, WELLS FARGO BANK, XEROX COMPANY, AND AON HEWITT COMPANY,<br><br>    *Defendants*. | No. 2:14-cv-1835 (JFB) (GRB)<br><br>Hon. Joseph F. Bianco |

## DEFENDANT AON HEWITT'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Aon Hewitt Company hereby submits its Corporate Disclosure Statement and states as follows:

1. "Aon Hewitt Company" is not a legal entity. However, Aon Hewitt is treating the Complaint in this case as though pled against Hewitt Associates, LLC.

2. Aon plc, a publicly-owned corporation incorporated in the United Kingdom, is the parent corporation of Hewitt Associates, LLC.

Dated: August 25, 2014                      Respectfully submitted,

                                          /s/ April A. Otterberg
                                          Craig C. Martin
April A. Otterberg
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Email: aotterberg@jenner.com
Tel.: (312) 840-8646
Fax: (312) 840-8746

*Counsel for Defendant Hewitt Associates LLC
(named as Aon Hewitt Company)*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2014, I electronically filed the foregoing **Defendant Aon Hewitt's Corporate Disclosure Statement** with the clerk of the U.S. District Court for the Eastern District of New York using the Court's electronic case filing (ECF) system, which in turn will send a "Notice of Electronic Filing" to all counsel of record.


                                                s/ April A. Otterberg  
                                              APRIL A. OTTERBERG